**SO ORDERED.**

**SIGNED this 08 day of June, 2011.**



_____
**JOHN T. LANEY, III
CHIEF UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In Re:  Franchesca Nadia Rizo<br>4337 Chandler Way<br>Valdosta, GA 31602<br><br>XXX-XX-6483 | CHAPTER 13<br><br>Case Number: 10-71397-JTL |

ORDER ON TRUSTEES MOTION TO DISMISS

The Trustee's motion to dismiss in the above referenced case having been considered, the same is hereby

DENIED on the conditions that the Debtor(s) make all future payments to the Trustee in a timely manner

and the Debtor(s) raise payments to $545.00 per MONTH for the balance of the plan.

Upon failure to strictly comply with any term hereof the Trustee shall advise the Court and the case will be dismissed without further notice or hearing.

END OF DOCUMENT

John Gilson GA Bar No. 295360 for
CHAPTER 13 TRUSTEE
P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151